written interrogatories or, if plaintiff will stipulate to pay the expenses of defendant, by open commission in Cleveland, Ohio. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

WILLIAM L. SHERMAN et al., Appellants, v. BERNARD J. LYNCH, Respondent.— Order reversed, with $20 costs and disbursements to the appellants, and the motion granted. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn and Callahan, JJ., dissent and vote to affirm. [Order denied motion to dismiss counterclaim.]

∎

WILLIAM L. SHERMAN et al., Appellants, v. BERNARD J. LYNCH, Respondent.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion to reargue motion to dismiss counterclaim.]

∎

In the Matter of the Arbitration between HATZEL & BUEHLER, INC., Respondent, and GEORGE A. FULLER COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Van Voorhis and Shientag, JJ. [See *post*, p. 765.]

∎

PAGANO, INC., et al., Respondents, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— On this record we find that the defendant's motion for summary judgment should have been granted. The documentary evidence established that the actions of the defendant were legally justified. The plaintiff's affidavits failed to set forth evidentiary facts to controvert the defense or show any actionable wrong resulting in damage. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [198 Misc. 598.]

∎

MAJOR BYRD, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, et al., Defendants.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [Order denied motion to dismiss complaint.]

∎

ALFRED C. VILLAGRAN, Respondent, v. EUGENIO VILLAR, Doing Business as VILLAR & OSORIO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *post*, p. 755.]

∎

MAX SHULMAN et al., Respondents, v. ABRAHAM J. CUTLER et al., Defendants, and WILLIAM SCHNEER et al., Appellants.— Order striking out the answer of the defendant and granting summary judgment in favor of the plaintiffs under rule 113 of the Rules of Civil Practice unanimously reversed, with $20 costs and disbursements to the appellants, and the judgment vacated on the ground that the opposing affidavits raise triable issues of fact. The court below properly struck the first partial defense and the first separate defense of the answer on the ground of legal insufficiency. The second, third and fourth separate defenses are legally sufficient on their face and should not

∎